**Electronically Filed
Supreme Court
SCWC-12-0000605
31-AUG-2015
08:12 AM**

SCWC-12-0000605

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JAKE RAGRAGOLA-LENCHANKO, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000605 and CAAP-12-0000798; CASE NO. 1DTA-11-05118)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jake Ragragola-Lenchanko's application for writ of certiorari filed on July 23, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 31, 2015.

Richard L. Holcomb
for petitioner

James M. Anderson
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

